IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEISHA HUDSON,**<br><br>　　　　*Plaintiff*,<br>　v.<br><br>**MONTGOMERY COUNTY,**<br><br>　　　　*Defendant*. | **Case No. 2:20-cv-1487-JDW** |

## ORDER

**AND NOW**, this 17th day of November, 2020, upon review of the docket, and this Court's prior Order (ECF No. 20) consolidating this matter with *Beer v. Montgomery Co., et al.*, Case No. 2:20-cv-1486, it is **ORDERED** that all future pleadings shall be filed in the lead case *Beer v. Montgomery Co., et al.*, Case No. 2:20-cv-1486 and the Clerk of the Court is directed to close this matter.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　*/s/ Joshua D. Wolson*
　　　　　　　　　　　　　　　　　　Hon. Joshua D. Wolson
　　　　　　　　　　　　　　　　　　United States District Judge